PROB 12A
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 6 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

### Eastern District of Washington

## Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender: Robert Shon Espinoza            Case Number: 2:00CR02077-001 -FVS

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 10/3/2001              Type of Supervision: Supervised Release

Original Offense: Distribution of a Mixture       Date Supervision Commenced: 6/7/2004
Containing a Detectable Amount of
Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 48 Months; TSR - 48   Date Supervision Expires: 6/6/2008
Months

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Robert Espinoza is considered in violation of his supervised release in the Eastern District of Washington by committing the offense of supplying liquor/premises to minors on November 12, 2004. |

On November 12, 2004, at approximately 2:00 a.m., officers with the Moses Lake Police Department noticed a group of individuals standing outside a business in Moses Lake. When officers turned to see what was going on the individuals ran inside the business. As officers investigated they found the door to be locked but they could see the individuals hiding under a desk. The building was surrounded and the officers repeatedly knocked on the door asking everyone to come out. After a few minutes the defendant came to the door and advised the officers he was the owner of the business and he was just having a small party for his employees as they had a good day of sales. As the officers investigated they found several of the individuals to be under the age of 21. The defendant was cited and released under Grant County District Court case number C00043080.

On February 16, 2005, the defendant pled guilty to the charge and the court imposed 90 days with 90 days suspended, and a $1,210 fine.

The defendant has continued to make his payment toward his fine and has not been contacted by law enforcement. He continues to manage Kirby Vacuum Cleaner Company in the Moses Lake area and is looking to move to Kennewick.

Prob12A
# Re: Espinoza, Robert Shon
June 1, 2005
Page 2

## U.S. Probation Officer Action:

The defendant has been advised these types of actions are not taken lightly by the Court. He was also advised any additional violations of his supervised release would be followed by a recommendation to the Court for a period of incarceration. It would be respectfully recommended the Court take no action on this matter.

Respectfully submitted,

by David L. McCary
U.S. Probation Officer
Date: June 1, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

June 15, 2005
Date